UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Abelardo Lopez, individually and all other, similarly situated persons, known and unknown, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 16 cv 4593 |
| v. | ) ) | |
| | ) | Judge Andrea R. Wood |
| Hernandez Enterprises, Inc., d/b/a Taqueria Hernandez, and Ruben Hernandez, individually, | ) ) ) | Magistrate Sidney I. Schenkier |
| Defendants. | ) | |

_____

**AGREED STIPULATION TO VOLUNTARILY DISMISS COMPLAINT**
_____

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ABELARDO LOPEZ and Defendants HERNANDEZ ENTERPRISES, INC. and RUBEN HERNANDEZ, in his personal and individual capacity, by and through their respective attorneys, that the Complaint and this lawsuit be voluntarily dismissed without prejudice and without costs to either party, said dismissal to become a dismissal with prejudice on September 30, 2016, after the parties have performed all necessary obligations under the Settlement Agreement.

| | |
|---|---|
| Plaintiff Abelardo Lopez | Defendants Hernandez Enterprises, Inc. And Ruben Hernandez |
| By:_____/s/Susan J Best_____ | By:_____/s/ Lisa L Clay_____ |

Prepared by:

Lisa L. Clay, Attorney at Law
345 North Canal Street, Suite C202
Chicago, Illinois 60606
312.753.5302
lclayaal@gmail.com
ARDC # 6277257

## CERTIFICATE OF SERVICE

Susan J. Best, an attorney, certifies on August 5, 2016 she filed the foregoing ***Agreed Stipulation To Voluntarily Dismiss Complaint*** electronically with the Clerk of Court using the ECF system, and that the system will send electronic notification to the following:

lclayaal@gmail.com

                         /s/ Susan J. Best